1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 974-3500
   Facsimile: (916) 520-3497
5  E-Mail: dheller@donaldhellerlaw.com

6  Attorneys for Defendant Steven Marcus

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | Case No.  2:15 CR-00234 JAM |
12 |     Plaintiff,            |                             |
13 |                           | STIPULATION & ORDER TO      |
14 | vs.                       | VACATE AND CONTINUE JUDGMENT |
   |                           | AND SENTENCING              |
15 |                           |                             |
16 | STEVEN MARCUS,            |                             |
17 |     Defendant.            |                             |

18

19

20     Plaintiff, United States of America, by and through its counsel, Assistant United

21 States Attorney Todd Pickles, Esq., and defendant Steven Marcus, by and through his

22

23 attorney of record, Donald H. Heller, Esq, agree and stipulate to vacate the existing date

24 for Judgment and Sentencing of April 4, 2017, and to continue Judgment and

25 Sentencing to July 11, 2017, at 9:15 a.m.

26     The parties to this stipulation request this Court to accept and adopt this

27 stipulation.

28

                                        1
                                                        Case No. 2:15 CR-00234 JAM.

| | |
|---|---|
| Dated: February 21, 2017 | */s/ Donald H. Heller* |
| | DONALD H. HELLER<br>Attorney for Defendant<br>Steven Marcus |
| | */s/ Todd Pickles* by Donald Heller with *authorization* |
| | TODD PICKLES<br>Assistant U.S. Attorney<br>Attorney for the Government |

**ORDER**

Based on the representations and stipulation of Counsel, **IT IS HEARBY ORDERED** that:

1. The Judgment and Sentencing Hearing for defendant Steven Marcus on April 4, 2017, is VACATED; and,

2. Judgment and Sentencing for Steven Marcus is reset for July 11, 2017, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: 2/21/2017

**/s/ John A. Mendez**
JOHN A. MENDEZ
United State District Court Judge

2