DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA  95864
Telephone:    (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant Steven Marcus

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.  2:15 CR-00234 JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION & ORDER TO VACATE AND CONTINUE JUDGMENT AND SENTENCING |
| STEVEN MARCUS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, Esq., and defendant Steven Marcus, by and through his attorney of record, Donald H. Heller, Esq, agree and stipulate to vacate the existing date for Judgment and Sentencing of July 11, 2017, and to continue Judgment and Sentencing to October 3, 2017 at 9:15 a.m. The reason for the continuance is to permit the parties can present additional information to the Court for sentencing purposes.

The parties to this stipulation request this Court to accept and adopt this

1

Case No. 2:15 CR-00234 JAM.

stipulation.

Dated: July 10, 2017	*/s/ Donald H. Heller*

---
DONALD H. HELLER
Attorney for Defendant
Steven Marcus


*/s/ Todd Pickles* by Donald Heller with authorization

---
TODD PICKLES
Assistant U.S. Attorney
Attorney for the Government

**ORDER**

Based on the representations and stipulation of Counsel, **IT IS HEARBY ORDERED** that:

1. The Judgment and Sentencing Hearing for defendant Steven Marcus on July 11, 2017, is VACATED; and,

2. Judgment and Sentencing for Steven Marcus is reset for October 3, 2017, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: 7/10/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United State District Court Judge

2