1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 974-3500
   Facsimile: (916) 520-3497
5  E-Mail: dheller@donaldhellerlaw.com

6  Attorneys for Defendant Steven Marcus

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  2:15 CR-00234 JAM |
| Plaintiff, | |
| vs. | STIPULATION & ORDER TO VACATE AND CONTINUE JUDGMENT AND SENTENCING |
| STEVEN MARCUS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, Esq., and defendant Steven Marcus, by and through his attorney of record, Donald H. Heller, Esq, agree and stipulate to vacate the existing date for Judgment and Sentencing of October 3, 2017, and to continue Judgment and Sentencing to November 28, 2017 at 9:15 a.m. The reason for the continuance is to permit the parties can present additional information to the Court for sentencing purposes.

1

Case No. 2:15 CR-00234 JAM.

The parties to this stipulation request this Court to accept and adopt this stipulation.

Dated: September 7, 2017  */s/ Donald H. Heller*

DONALD H. HELLER
Attorney for Defendant
Steven Marcus

*/s/ Todd Pickles by Donald Heller with authorization*

TODD PICKLES
Assistant U.S. Attorney
Attorney for the Government

**ORDER**

Based on the representations and stipulation of Counsel, **IT IS HEARBY ORDERED** that:

1. The Judgment and Sentencing Hearing for defendant Steven Marcus on October 3, 2017, is VACATED; and,

2. Judgment and Sentencing for Steven Marcus is reset for November 28, 2017, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: 9/8/17

/s/ John A. Mendez
JOHN A. MENDEZ
United State District Court Judge