1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 974-3500
   Facsimile: (916) 520-3497
5  E-Mail: dheller@donaldhellerlaw.com

6  Attorneys for Defendant Steven Marcus

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN MARCUS,<br><br>Defendant. | Case No.  2:15 CR-00234 JAM<br><br>STIPULATION & ORDER TO VACATE AND CONTINUE JUDGMENT AND SENTENCING |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, Esq., and defendant Steven Marcus, by and through his attorney of record, Donald H. Heller, Esq, agree and stipulate to vacate the existing date for Judgment and Sentencing of November 28, 2017, and to continue Judgment and Sentencing to January 16, 2018, at 9:15 a.m. The reason for the continuance is to permit the parties to present additional information to the Court for sentencing purposes.

The parties to this stipulation request this Court to accept and adopt this stipulation.

Dated: November 13, 2017

*/s/ Donald H. Heller*

DONALD H. HELLER
Attorney for Defendant
Steven Marcus

*/s/ Todd Pickles* by Donald Heller with *authorization*

TODD PICKLES
Assistant U.S. Attorney
Attorney for the Government

**ORDER**

Based on the representations and stipulation of Counsel, **IT IS HEARBY ORDERED** that:

1. The Judgment and Sentencing Hearing for defendant Steven Marcus on November 28, 2017, is VACATED; and,

2. Judgment and Sentencing for Steven Marcus is reset for January 16, 2018, at 9:15 a.m. **IT IS SO ORDERED**.

Dated: November 13, 2017

**/s/ JOHN A. MENDEZ**
HON. JOHN A. MENDEZ
United State District Court